THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, THE TRAVELERS INDEMNITY COMPANY OF AMERICA, THE CHARTER OAK FIRE INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, BEDIVERE INSURANCE COMPANY (F/K/A ONEBEACON INSURANCE COMPANY) and QBE INSURANCE COMPANY,<br><br>              Plaintiffs,<br><br>vs.<br><br>BRIGHT STAR DAIRY, DAYBREAK DAIRY, LLC, DEL ORO DAIRY, DEL ORO REAL ESTATE, LLC, DEL NORTE DAIRY, LLC, DOMINGUEZ FARMS, INC., GONZALEZ DAIRY, INC., GONZALEZ FAMILY DAIRY LLC, MOUNTAIN VIEW DAIRY, MOUNTAIN VIEW DAIRY, LLC, ANGIE DERUYTER, CORRY DERUYTER, AS TRUSTEE OF THE DERUYTER FAMILY MANAGEMENT TRUST DATED 9/14/04, EDWARD DERUYTER, INDIVIDUALLY AND AS TRUSTEE OF THE DERUYTER FAMILY MANAGEMENT TRUST DATED 9/14/04, JOHN DERUYTER, BRANDI GORZEMAN, JON GORZEMAN and JERRY SETTLES,<br><br>              Defendants. | Case No. 2:15-CV-1012 |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION
OF TIME FOR PLAINTIFFS TO FILE THEIR AMENDED COMPLAINT**

THIS MATTER having come before the Court on the Plaintiffs The Travelers Indemnity Company's, The Travelers Indemnity Company of America's and The Charter Oak Fire Insurance Company's Unopposed Motion for Extension of Time for Plaintiffs to file their Amended Complaint, and the Court having reviewed the Unopposed Motion and being otherwise informed on the premises, FINDS good cause for granting the Unopposed Motion.

1

IT IS ORDERED:

1. The deadline for Plaintiffs to file their Amended Complaint to properly allege diversity of citizenship is extended from December 17, 2015 to January 18, 2016.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE


Submitted by:

MADISON & MROZ, P.A.

/s/ *Holly E. Armstrong*
    Robert J. Mroz
    Holly E. Armstrong
    Albuquerque Plaza, Suite 1600
    201 Third Street, N.W.
    Albuquerque, NM  87125
    Phone: (505) 242-2177
    rjm@madisonlaw.com
    hea@madisonlaw.com
    *Attorneys for the Travelers Plaintiffs*

Of Counsel
Donna J. Vobornik
Daniel E. Feinberg
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000

Approved by:

                    MODRALL SPERLING

                    By: *Approved by Jennifer A. Noya 12/8/15*
                        Jennifer A. Noya
                        500 Fourth Street N.W., Suite 1000
                        Albuquerque, NM  87102
                        Phone: (505) 505-848-1800
                        *Attorneys for Bedivere*

<u>Of Counsel</u>
Julie O. Hooven
Christian D. Ambler
Stone & Johnson Chartered
111 West Washington, Suite 1800
Chicago, IL 60601
(312) 332-5656

                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                    By: *Approved by Ben Decker 12/9/15*
                        Ben Decker
                        6715 Academy Road NE, Suite A
                        Albuquerque, NM  87109
                        Phone: (505) 828-3600
                        *Attorneys for FFIC*

                    RAY, McCHRISTIAN & JEANS, P.C.

                    By: *Approved by Shannon A. Parden 12/9/15*
                        Shannon A. Parden
                        Shona Zimmerman
                        6000 Uptown Blvd. NE, Suite 307
                        Albuquerque, NM  87110
                        Phone: (505) 505-855-6000
                        *Attorneys for QBE*

<u>Of Counsel</u>
Marguerite Brown
Christian D. Ambler
Brown, Brown & Klass
28118 Agoura Road, Suite 103
Agoura Hills, CA 91301
(818) 597-9590