**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| THE TRAVELERS INDEMNITY COMPANY, et al, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:15-CV-1012-SMV-GBW |
| vs. | ) ) | |
| BRIGHT STAR DAIRY, et al., | ) ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the Stipulation of Dismissal with Prejudice entered into by Plaintiffs and Defendants with respect to the captioned matter, IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:

(1)    All claims asserted by Plaintiffs against Defendants in Plaintiffs' Complaint for Declaratory Judgment (at CM/ECF Doc. No. 1) shall be dismissed *with prejudice*;

(2)    All claims that could have been asserted by Defendants against Plaintiffs in response to Plaintiffs' Complaint for Declaratory Judgment shall be dismissed *with prejudice*; and

(3)    Each Plaintiff and Defendant shall bear its own fees and costs incurred to date in connection with the captioned matter.

Entered this _3d_ day of _February_, 2016

_____
Honorable Stephan M. Vidmar
United States Magistrate Judge

1

Submitted by:

MADISON & MROZ, P.A.

/s/ *Holly E. Armstrong*
    Robert J. Mroz
    Holly E. Armstrong
    Albuquerque Plaza, Suite 1600
    201 Third Street, N.W.
    Albuquerque, NM  87125
    Phone: (505) 242-2177
    rjm@madisonlaw.com
    hea@madisonlaw.com
    *Attorneys for the Travelers Plaintiffs*

Of Counsel
Donna J. Vobornik
Daniel E. Feinberg
Dentons US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
(312) 876-8000


Approved by:


MODRALL SPERLING


By: *Approved 1/14/16*
    Jennifer A. Noya
    500 Fourth Street N.W., Suite 1000
    Albuquerque, NM  87102
    Phone: (505) 505-848-1800
    *Attorneys for Bedivere*

Of Counsel
Julie O. Hooven
Christian D. Ambler
Stone & Johnson Chartered
111 West Washington, Suite 1800
Chicago, IL 60601
(312) 332-5656

LEWIS BRISBOIS BISGAARD & SMITH LLP


By: _Approved 1/14/16_
    Ben Decker
    6715 Academy Road NE, Suite A
    Albuquerque, NM  87109
    Phone: (505) 828-3600
    *Attorneys for FFIC*


RAY, McCHRISTIAN & JEANS, P.C.


By: _Approved 1/14/16_
    Shannon A. Parden
    Shona Zimmerman
    6000 Uptown Blvd. NE, Suite 307
    Albuquerque, NM  87110
    Phone: (505) 505-855-6000
    *Attorneys for QBE*

Of Counsel
Marguerite Brown
Christian D. Ambler
Brown, Brown & Klass
28118 Agoura Road, Suite 103
Agoura Hills, CA 91301
(818) 597-9590


DOMINICI LAW FIRM, P.C.

By:  Approved 1/14/16
Reed Easterwood
Domenici Law Firm, P.C.
320 Gold Street SW, Suite 1000
Albuquerque, NM 87102
*Attorneys for Defendants*

3